UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MICHAEL GREENE,

    Plaintiff,

— against —

CITY OF NEW YORK, ET AL.,

    Defendants.

**19-CV-873 (ARR)(RER)**

**Opinion & Order**

**Not for electronic or print publication**

ROSS, United States District Judge:

    This Court has received the Report and Recommendation on the instant case dated April 23, 2020 from the Honorable Ramon E. Reyes, United States Magistrate Judge, recommending *sua sponte* that the Court dismiss without prejudice plaintiff's action for failure to prosecute and failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41. Report and Recommendations ("R&R") 1, ECF No. 27. The deadline for filing objections has passed, and no objections to Judge Reyes's findings have been filed.

    The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, this action is dismissed without prejudice for failure to prosecute and failure to comply with a court order.

SO ORDERED.

_____/s/_____
Allyne R. Ross
United States District Judge

Dated:      June 1, 2020
            Brooklyn, New York